1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 168973)
   Chief, Criminal Division

4  KESLIE STEWART  (CABN 184090)
   Assistant United States Attorney

5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: Keslie.Stewart@usdoj.gov

8

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,        )   No.   CR 10-00364 SBA
                                    )
15      Plaintiff,                  )   STIPULATION AND ORDER
                                    )   CONTINUING SENTENCING HEARING
16   v.                             )   TO DECEMBER 7, 2010
                                    )
17 RAYMOND MARK DAVOUDI and         )
   BAHAREH NOSRATI SHAMLOU,         )
18                                  )
        Defendants.                 )
19                                  )
                                    )
20

21      Both defendants pled guilty on June 15, 2010.  Both defendants are set for sentencing on

22 October 5, 2010, at 10 a.m.  Defense counsel jointly represents both defendants.  He has been out

23 of town for most of the last six weeks and is about to begin a trial in early October.  For these

24 reasons, the defense and the Probation Officer need additional time to complete the presentence

25 investigations and finalize the presentence reports.  Therefore, the parties jointly agree and

26 request that the sentencing hearing currently set for October 5 be continued to December 7,

27 2010, at 10 a.m.

28 / / /

   / / /

   / / /

The parties have consulted with the Probation Officer and he is available on this date.

IT IS SO STIPULATED:

DATED: September 8, 2010

/s/
EDWIN PRATHER
Attorney for Defendants Davoudi and Shamlou

DATED:  September 8, 2010

/s/
KESLIE STEWART
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: September 9, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge