# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND DAVOUDI AND BAHAREH SHAMLOU,<br><br>　　　　Defendants. | Case No.:  CR 10-0364 SBA<br><br>**STIPULATION AND ORDER RE SENTENCING** |

　　This case was previously set for a sentencing hearing on January 25, 2011, before the Court.  However, recently, the Court, *sua sponte,* continued the sentencing hearing to Tuesday, February 8, 2011, at 10:00 a.m.

　　Defense counsel for Raymond Davoudi and Bahareh Shamlou will be out of the country from February 7 to February 14, 2011, on another case matter.  The coordination for this work trip has taken several weeks and travel arrangements have already been made and paid for.

1    Additionally, an issue regarding a late request for restitution has arisen and will need to
2    be discussed at sentencing.  The government and defense counsel have agreed to use this
3    extra time to attempt to reach an agreement regarding restitution.
4    As such, the parties stipulate and request that the Court continue the sentencing in this
5    case by one week until Tuesday, February 15, 2011, at 10:00 a.m.
6    The Court appears to be available on the suggested date based on a review of the
7    Court's available dates on the Court's website.
8    SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: January 28, 2011                         _____/s/_____
KESLIE STEWART
Assistant United States Attorney


Dated: January 28, 2011                         _____/s/_____
EDWIN PRATHER
Attorney for RAYMOND DAVOUDI
and BAHAREH SHAMLOU

STIPULATION AND [PROPOSED] ORDER
RE SENTENCING [Case No.: CR 10-0364 SBA]                                    2

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, the sentencing hearing in this case is hereby continued until **March 2, 2011**, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 2/1/11

_____
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT JUDGE